**An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.**

## IN THE SUPREME COURT OF THE STATE OF NEVADA

NICKI BOYD,
                Appellant,

vs.

THE STATE OF NEVADA,
                Respondent.

No. 68563

**FILED**

AUG 25 2015



TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
CHIEF DEPUTY CLERK

### *ORDER DISMISSING APPEAL*

This is an appeal titled "An Appeal Second Edition for Vacating Order to be Held Detained at the Las Vegas Clark County Detention Center." No specific order of the district court is identified. Eighth Judicial District Court, Clark County; Douglas Smith, Judge.

The right to appeal is statutory; where no statute or court rule provides for an appeal, no right to appeal exists. *State v. Shade*, 110 Nev. 57, 63, 867 P.2d 393, 396 (1994); *Mazzan v. State*, 109 Nev. 1067, 1075, 863 P.2d 1035, 1039-40 (1993). No statute or court rule provides for an appeal from an order holding a person detained. Accordingly, we conclude that we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

15-25756

cc: Hon. Douglas Smith, District Judge
Nicki Boyd
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A